UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN A. GARCIA HERNANDEZ,<br><br>                                  Petitioner,<br><br>v.<br><br>OTAY MESA DETENTION CENTER and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>                                Respondents. | Case No.: 3:25-cv-3583-JES-AHG<br><br>**ORDER FOR BOND HEARING** |

      Before the Court is Petitioner Ivan A. Garcia Hernandez's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Pursuant to the Court's OSC order, Respondents filed a response. ECF No. 4. In the response, Respondents acknowledged that Petitioner must be considered detained under 8 U.S.C. § 1226(a), pursuant to the final judgment entered in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, --- F. Supp. 3d ---, 2025 WL 3289861 (C.D. Cal. Nov. 20, 2025). Accordingly, the Court **GRANTS IN PART** the petition as follows:

    (1)    The Court **ORDERS** Respondents to provide Petitioner with a bond determination hearing under 8 U.S.C. § 1226(a) within **ten days** of this Order.

    At the hearing, Respondents may not deny Petitioner bond on the basis that he is detained under 8 U.S.C. § 1225(b)(2); and

  (2) Respondents are **ORDERED** to File a Notice of Compliance within **five days** of providing Petitioner with a bond redetermination hearing, including apprising the Court of the results of the hearing.

Pending the status report, the Court will hold in abeyance the merits of the remainder of the relief Petitioner requests in his petition.

  **IT IS SO ORDERED.**

Dated: December 24, 2025

            *[signature]*
            _____
            Honorable James E. Simmons Jr.
            United States District Judge