UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN A. GARCIA HERNANDEZ,<br><br>                              Petitioner,<br><br>v.<br><br>OTAY MESA DETENTION CENTER and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>                              Respondents. | Case No.: 3:25-cv-3583-JES-AHG<br><br>**ORDER GRANTING IN PART AND DENYING IN PART AS MOOT PETITION FOR WRIT OF HABEAS CORPUS** |

Before the Court is Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. On December 24, 2025, the Court issued an order granting the petition in part and ordering a bond hearing. ECF No. 5. On January 12, 2026, Respondents filed a Notice of Compliance, notifying the Court that Petitioner received a bond hearing, where he was ordered released on bond. ECF No. 7.

//

//

//

//

//

1

3:25-cv-3583-JES-AHG

Accordingly, the Court now **DENIES AS MOOT** the remainder of the petition. The Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: January 15, 2026

Honorable James E. Simmons Jr.
United States District Judge